UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNDON ADVISERS LLC,<br>Plaintiffs,<br>v.<br>ELIOT L. BUCHANAN,<br>Defendants. | Case No. 25-cv-05272-EMC  (EMC)<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>Docket No. 2 |

Before the Court is Defendant's motion to seal the operative complaints in this action in their entirety. Defendant's motion does not satisfy the compelling reasons standard. *See In re Google Location History Litig.*, 514 F. Supp. 3d 1147, 1161 (N.D. Cal. 2021) ("[T]he compelling reasons standard applies to the sealing of a complaint precisely because the complaint forms the foundation of the lawsuit."). The mere fact that a complaint would "reveal allegations" against Defendant is not a compelling reason to seal. The Bankruptcy Court's Chapter 11 Plan likewise does not justify the requested sealing. The plan is not a sealing determination; it merely provides that the Trustee "use its best efforts to file the Complaints under seal." In this case, best efforts means complying with Local Rule 79-5 and only requesting sealing narrowly tailored to material that satisfies the compelling reason standard.

Defendant's motion is **DENIED** without prejudice to a renewed motion to seal, which must be filed within 14 days. If no renewed motion is filed, the complaints shall be unsealed.

**IT IS SO ORDERED**.

Dated: September 8, 2025

EDWARD M. CHEN
United States District Judge